# Order

Michigan Supreme Court
Lansing, Michigan

December 5, 2007

134694

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BUB FISH,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134694
COA: 269784
Saginaw CC: 04-024712-FJ

On order of the Court, the application for leave to appeal the June 26, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007

Clerk

s1128